Dismissed and Memorandum Opinion filed May 4, 2006









Dismissed and Memorandum Opinion filed May 4, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00870-CV

____________

 

JACQUES JAIKARAN,
Appellant

 

V.

 

ANANT MAUSKAR, Appellee

 



 

On Appeal from the 334th District
Court

Harris County, Texas

Trial Court Cause No. 05-00682

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed April 29, 2005.  The clerk=s record was filed on August 31,
2005.  The reporter=s record was filed on September 8,
2005.  No brief was filed.

On March 21, 2006, appellee filed a
motion to dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).  Appellee=s(s=) motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 4, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.